IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:07cr24DCB-JCS

CHRISTOPHER SCOTT BOYD

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 3 of the Criminal Indictment against CHRISTOPHER SCOTT BOYD without prejudice.

DUNN LAMPTON
United States Attorney

By:  S/Sandra Moses

SANDRA MOSES
Assistant U.S. Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 25th day of September, 2008.

UNITED STATES DISTRICT JUDGE